David and Veronica Salinas
7863 Gribble Street
San Diego, CA 92114
(619) 581-8377
IN PROPIA PERSONA



FILED

14 SEP 18 AM II: 02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

SEP 18 2014

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SALINAS AND VERONICA SALINAS, as husband and wife, | ) Case No. 13cv2783BTM (DHB) |
| SAN DIEGO PUPPY INC, a dissolved California corporation, | ) Motion for Substitution of Attorney |
| Plaintiffs, | ) NUNC-PRO-TUNC(August 11,2013) |
| v. | ) **Hearing Date:** October 3, 2014 |
| THE CITY OF SAN DIEGO, et al, | ) **Time:** 11:00 AM |
| Defendants. | ) **Court room:** 15B |
| | ) **No oral argument requested** |

### MOTION FOR SUBSTITUTION OF ATTORNEY

Movants, David and Veronica Salinas, acting as their own attorneys, file this Motion for Substitution of Counsel, and state:

1. Movants are requesting to be recognized as acting as their own attorneys and to be substituted as counsel of record and that David and Veronica Salinas will be acting as individuals in PRO SE.

2. The Defendants have not consented in writing to such substitution.

**WHEREFORE,** Movant requests that the Court enter an Order granting this Motion for Substitution of Counsel and grant such other relief consistent with this motion and the Memorandum of Points and Authorities attached herein.

DATED: September __17__ 2014

Respectfully submitted by

/s/ David Salinas

/s/ Veronica Salinas

13cv2783BTM (DHB)



David and Veronica Salinas
7863 Gribble Street
San Diego, CA 92114
(619) 581-8377
IN PROPIA PERSONA

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

DAVID SALINAS AND VERONICA                  ) **Case No. 13cv2783BTM (DHB)**
SALINAS, as husband and wife,               )
                                            )
SAN DIEGO PUPPY INC, a                       )
dissolved California                         )
corporation,                                 )
                                            )
     Plaintiffs,                       )
                                            )
                                            )
                                            )
  v.                                      )
                                            )
                                            )
THE CITY OF SAN DIEGO, et al,               )
                                            )
     Defendants.                       )
_____ )

### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN

### SUPPORT OF ITS MOTION FOR SUBSTITITION OF ATTORNEY

    Plaintiff's attorneys have withdrawn with leave of the

court (Docket 2/6/2014 and 7/11/2014), which has caused

Plaintiffs to be unrepresented.

    Pursuant to Local Civil Rule of Court **83.3 (g) (2)**

Plaintiffs ask the court to approve David and Veronica Salinas,

individuals, as PRO-SE litigants in this matter.

    David Salinas, as Chief Executive officer, and Veronica

Salinas, as Chief Financial Officer of SAN DIEGO PUPPY INC.,

give notice that they filed all the required documents with the
California Secretary of State to dissolve the corporation. This
action became necessary because with the passage of San Diego
City ordinance *San Diego Municipal Code, Health & Safety Code*
*Section 42.0706*, SD PUPPY INC was put out of business, as it
became illegal to sell puppies in the City of San Diego and
David and Veronica Salinas were threatened with criminal charges
if they continued to do so. Since the corporation has not
generated any income since the passage of the ordinance, and
therefore has no funds to pay attorneys, and because federal
rules do not allow a corporation to appear in PRO SE, the
corporation filed for dissolution, which was processed and
accepted by the California Secretary of State effective on
9/9/2013 **(EXHIBIT A)** and is otherwise unrepresented in this
matter.


DATED: September __17__ 2014


                Respectfully submitted by


                /s/   **David Salinas**


                /s/      **Veronica Salinas**

# EXHIBIT A
## Case No. 13cv2783BTM (DHB)

**Motion for Substitution of Attorney**

California Secretary of State forms for dissolution of

San Diego Puppy Inc.

# Results Detail

Last statement filed on: 9/19/2013

| Corporation | | |
|---|---|---|
| SAN DIEGO PUPPY, INC. | | |
| **Number:** C3424972 | **Incorporation Date:**11/7/2011 | **Status:**Dissolved |
| **Jurisdiction:** CA | **Type:** Domestic Stock | |
| **Address** | | |
| 5827 MISSION GORGE RD, | | |
| SAN DIEGO, CA 92120 | | |
| **Agent For Service Of Process** | | |
| LEGALZOOM.COM, INC. | | |
| 100 WEST BROADWAY SUITE 100, | | |
| GLENDALE, CA 91210 | | |

Please review this information to determine if you have located the correct corporation. Corporations with a status of **Dissolved** are not required to file the Statement of Information.

Search Results    New Search

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Substitition of Attorney was served upon all opposing parties or their attorneys of record by either US mail, hand delivery, or electronic mail, as follows:

**City of San Diego**
George F Schaefer
Office of the City Attorney
1200 Third Avenue
Suite 1100
San Diego, CA 92101
(619)533-5861
(619)533-5856 (fax)
GSchaefer@sandiego.gov

**Bryan Pease**
GERALD SINGLETON, State Bar No.
208783
JESSICA McHARRIE, State Bar No.
280049
SINGLETON LAW FIRM, APC
560 N. Coast Hwy 101, Suite 4A
Encinitas, CA 92024
Tel. (760) 697-1330
Fax. (760) 697-1329
Email. gerald@geraldsingleton.com
jessmcharrie@gmail.com

TODD T. CARDIFF (SBN 221851)
LAW OFFICE OF TODD T. CARDIFF
1901 First Avenue, Suite 219
San Diego, CA 92101
Tel: (619) 546-5123
Fax: (619) 546-5133
Email: cardifflaw@cox.net
*Counsel for Defendant Bryan Pease*

**Animal Protection and Rescue League**
BRYAN PEASE, ESQ.
302 WASHINGTON ST. #404
SAN DIEGO CA 92103
*Counsel for Defendant Animal Protection and Rescue League*

**Companion Animal Protection Society**
DEBORAH A. HOWARD
759 CJC Hwy., #332
Cohasset, MA 02025

**San Diego Humane Society and S.P.C.A.**
Paul A Tyrell
Procopio Cory Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101
(619)238-1900
(619)235-0398 (fax)
paul.tyrell@procopio.com

By /s/David Salinas Sr.          Dated: 9/17/14
7863 Gribble Street
San Diego, CA  92114