BRYAN W. PEASE (SBN 239139)
LAW OFFICES OF BRYAN W. PEASE
1901 First Avenue, Suite 219
San Diego, CA 92101
Tel: (619) 723-0369
Fax: (619) 923-1001
Email: bryanpease@gmail.com

DAVID R. SIMON (SBN 145197)
SIMON LAW GROUP
3843 S. Bristol St., Suite 294
Santa Ana, CA 92704
Telephone: (714) 975-1728
Facsimile: (949) 553-1767
Email: dsimon1027@gmail.com

Attorneys for Defendant
Animal Protection and Rescue League

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO PUPPY, INC., a California corporation; DAVID SALINAS and VERONICA SALINAS, husband and wife;<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO, a California municipality; SAN DIEGO ANIMAL DEFENSE TEAM, a business entity of unknown form; ANIMAL PROTECTION AND RESCUE LEAGUE, a California 501(c)(3) corporation; COMPANION ANIMAL PROTECTION SOCIETY, Delaware non-profit corporation; BRYAN PEASE, a California | Case No. 13cv2783-BTM (DHB)<br><br>**DEFENDANT ANIMAL PROTECTION AND RESCUE LEAGUE'S NOTICE OF JOINDER IN DEFENDANT BRYAN PEASE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. § 12(b)(6)**<br><br>Date: November 14, 2014<br>Time: 11:00 a.m.<br>Dept: 15B<br>Judge: Hon. Barry Ted Moskowitz<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

1

NOTICE OF JOINDER IN MOTION TO DISMISS

resident; SAN DIEGO HUMANE SOCIETY, a California corporation; BLACK CORPORATIONS 1-100, inclusive; WHITE PARTNERSHIPS, 1-100, inclusive, and DOES 1-300, inclusive.

　　　　　　Defendants.

Defendant Animal Protection and Rescue League hereby joins Defendant Bryan Pease's Motion to Dismiss under Fed. R. Civ. P. § 12(b)(6), and the brief, argument and authorities therein.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　LAW OFFICES OF BRYAN PEASE
　　　　　　　　　　　　　　　SIMON LAW GROUP

Dated:  October 14, 2014　　　By:　　*/s/ David R. Simon*
　　　　　　　　　　　　　　　　　　DAVID R. SIMON
　　　　　　　　　　　　　　　　　　Email: dsimon1027@gmail.com

　　　　　　　　　　　　　　　Attorneys for Defendant ANIMAL
　　　　　　　　　　　　　　　PROTECTION AND RESCUE LEAGUE