UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO PUPPY, INC., a California corporation; DAVID SALINAS and VERONICA SALINAS, husband and wife,<br><br>                                     Plaintiffs,<br><br>v.<br><br>SAN DIEGO ANIMAL DEFENSE TEAM, business entity of unknown form; ANIMAL PROTECTION AND RESCUE LEAGUE, a California 501(c)(3) corporation; COMPANION ANIMAL PROTECTION SOCIETY, Delaware non-profit corporation; BRYAN PEASE, a California resident,<br><br>                                     Defendants. | Case No.:  13-cv-2783-BTM-DHB<br><br>**ORDER GRANTING MOTIONS FOR ATTORNEY'S FEES** |

Defendants Animal Protection and Rescue League ("APRL") and Bryan Pease ("Pease") have filed motions for attorney's fees under Cal. Civ. Proc. Code § 425.16 for their oppositions to Plaintiffs' motion for reconsideration of the Court's

1

13-cv-2783-BTM-DHB

Order granting Defendants' special motions to strike.  Plaintiffs have not filed any opposition.

Based on the record, the Court finds that the hourly rate for the Defendants' attorneys have increased from that awarded by the Court in its order dated September 28, 2015 by approximately $50 per hour.  Therefore, the Court finds that $400 per hour is a reasonable hourly rate for attorney Todd T. Cardiff, $425 per hour is a reasonable hourly rate for attorney Bryan Pease, and $475 per hour is a reasonable hourly rate for attorney David Simon.

Having reviewed the hours billed by APRL's attorneys, Bryan Pease and David Simon, the Court finds that some of the work completed by the two attorneys are duplicative.  Therefore, the Court makes the following reductions in the hours billed by David Simon:

| Date | Time Billed | Description |
|---|---|---|
| 11/25/15 | 1.20 | Review Plaintiffs' Motion for Reconsideration and supporting papers |
| 11/27/15 | 1.50 | Review and revise APRL's opposition to motion for reconsideration |
| 11/27/15 | 0.35 | Review and analyze oppositions filed by CAPS and Pease |
| 12/15/15 | 0.60 | Review defendants' reply iso motion for reconsideration |

The Court finds the other hours spent to be reasonable.  Taking into account the reduction of hours as detailed above, the Court will allow the recovery of 26.2 hours worked by Bryan Pease at the hourly rate of $425 and 0.85 hours worked by David

Simon at the hourly rate of $475, for a total of $11,538.75.[1]

The Court has examined the 28.5 hours billed by Pease's attorney, Todd T. Cardiff, and finds that those hours were reasonably spent. Therefore, the Court will allow the recovery of 28.5 hours worked by Todd T. Cardiff at the hourly rate of $400 for a total of $11,400.00.

For the reasons discussed above, Defendants' motions for attorney's fees are GRANTED. The Court awards Defendant APRL attorney's fees in the amount of $11,538.75. The Court awards Defendant Pease attorney's fees in the amount of $11,400.00. The Clerk shall enter judgment accordingly against Plaintiffs jointly and severally in the above amounts.

**IT IS SO ORDERED.**

Dated: June 22, 2016

Barry Ted Moskowitz, Chief Judge
United States District Court

---

[1] APRL's moving papers state $14,582.50 as the total amount of attorney's fees. However, the math for the total amount of attorney's fees for Bryan Pease is incorrect. Therefore, according to the Court's calculation, the correct total amount of attorney's fees sought by APRL is $13,272.50.